# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALANDO BATES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-07-926-M |
| | ) |
| RANDALL WORKMAN, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On January 18, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by February 7, 2008. On February 8, 2008, petitioner filed his objection, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on January 18, 2008;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 7th day of March, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE